IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
:
        Plaintiff,
:
    vs.                          Case No. 3:09cr021
:
ADAM LORENZ,             JUDGE WALTER HERBERT RICE
:
        Defendant.

---

DECISION AND ENTRY SUSTAINING DEFENDANT'S MOTION FOR APPOINTMENT OF MENTAL HEALTH EXPERT (DOC. #24); DR. DAVID J. TENNENBAUM IS APPOINTED TO PERFORM A MENTAL STATUS ASSESSMENT, PURSUANT TO 18 U.S.C. SECTION 4244

---

Defendant having previously established his indigency with this Court, this Court finds well taken and does, therefore, sustain his Motion for the Appointment of a Mental Health Expert (Doc. #24). Dr. David J. Tennenbaum, 5151 Reed Road, Suite A-211, Columbus, Ohio 43220-2553, is appointed as the mental health expert to perform a mental status evaluation, pursuant to 18 U.S.C. Section 4244.

It is the request of this Court that Defendant's counsel serve as liaison with Dr. Tennenbaum, making certain that he contacts the doctor for an appointment, and arranges for his client to attend same. Moreover, it is the request of this Court that any counsel wishing to provide information to Dr. Tennenbaum, in order to aid in his evaluation, do so within seven (7) days from date of this Order, by

correspondence, with a copy to opposing counsel.  For its part, this Court will furnish Dr. Tennenbaum with the Presentence Report and the Defendant's Sentencing Memorandum.

|  |  |
|---|---|
| March 19, 2010 | /s/ Walter Herbert Rice <br> WALTER HERBERT RICE <br> UNITED STATES DISTRICT JUDGE |

Copies to:

Sheila Lafferty, Esq.
David Williamson, Esq.
United States Marshal
United States Probation Department
United States Pretrial Services